**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LESLIE YAJAIRA AREVALO JAIME** | : |
| | : |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | :     **Case No.: 8:22-cv-00200-PX** |
| **PRINCE GEORGE'S COUNTY,** | : |
| **MARYLAND,** *et al.* | : |
| | : |
| **Defendants.** | : |
| | : |

**JOINT STATUS REPORT**

The parties, by and through their respective undersigned counsel, and in response to ECF 33, submit this Joint Status Report to notify the Court that the criminal trial of Defendant Ryan Macklin styled as *State of Maryland vs Ryan William Macklin*, Case No.: CT181406X (Circuit Court for Prince George's County) was again continued until July 2023. According to docket entries, the criminal trial is now presently scheduled for July 24-27, 2023.  The parties jointly request that the stay be continued until July 28, 2023.

Respectfully submitted,

By:        _____/s/_____
Andrew Murray
Deputy County Attorney
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Tel: 301-952-3932
Fax: 301-952-3071
AJMurray@co.pg.md.us
*Counsel for Defendant*
*Prince George's County, Maryland*

Respectfully submitted,

By: _____/s/_____
Timothy F. Maloney (Bar No. 03381)
Matthew M. Bryant (Bar No. 18014)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
mbryant@jgllaw.com
*Counsel for Plaintiff*


Respectfully submitted,

By: _____/s/_____
Christopher R. Dunn
DeCaro, Doran, Siciliano, Gallagher & DeBlasis,
LLP
17251 Melford Boulevard, Suite 200
Bowie, MD 20715
Phone: (301) 352-4950
Fax: (301) 352-8691
cdunn@decarodoran.com
*Counsel for Defendant Macklin*