# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESLIE YAJAIRA AREVALO JAIME | : |
| **Plaintiff** | : |
| v. | : |
| | : Case No.: 8:22-cv-00200-PX |
| PRINCE GEORGE'S COUNTY, MARYLAND, *et al.* | : |
| **Defendants.** | : |

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, file this status report to notify the Court that, on January 18, 2024, Defendant Ryan Macklin entered a guilty plea to (1) first-degree assault and (2) misconduct in office in *State of Maryland vs Ryan William Macklin*, Case No.: CT181406X (Circuit Court for Prince George's County), the case arising out of his contact with Plaintiff. Because the criminal case is now resolved, the Parties requests that the stay be lifted. The Parties request an opportunity to confer and submit a proposed scheduling order to the Court with the next 10 days.

Respectfully submitted,

By: _____/s/_____
Andrew J. Murray, No. 10511
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Tel: 301-952-4347
Fax: 301-952-3071
ajmurray@co.pg.md.us
*Counsel for Defendant*
*Prince George's County, Maryland*

Respectfully submitted,

By: _____/s/_____
Timothy F. Maloney (Bar No. 03381)
Matthew M. Bryant (Bar No. 18014)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
mbryant@jgllaw.com
*Counsel for Plaintiff*

Respectfully submitted,

By: _____/s/_____
Christopher R. Dunn
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, MD 20715
Phone: (301) 352-4950
Fax: (301) 352-8691
cdunn@decarodoran.com
*Counsel for Defendant Macklin*