IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| LESLIE YAJAIRA AREVALO JAIME | * |
| | * |
| Plaintiff, | *   **Civil No.: 8:22-cv-00200-PX** |
| | * |
| v. | * |
| | * |
| PRINCE GEORGE'S COUNTY, | * |
| MARYLAND | * |
| | * |
| and | * |
| | * |
| OFFICER RYAN MACKLIN (#3705) | * |
| | * |
| Defendants. | * |

## LINE REGARDING CHANGE OF ADDRESS

TO THE CLERK:

Please change the address of the undersigned counsel for the Defendant, Ryan Macklin, to:

    Law Office of Christopher R. Dunn
    2200 Defense Highway, Suite 304
    Crofton, Maryland 21114
    (301)323-8700
    Cdunnlaw@outlook.com

        Respectfully submitted,

        DeCARO, DORAN, SICILIANO,
         GALLAGHER & DeBLASIS, LLP


        /s/Christopher R. Dunn
        Christopher R. Dunn, #05278
        Law Office of Christopher R. Dunn
        2200 Defense Highway, Suite 304
        Crofton, Maryland 21114
        (301)323-8700
        Cdunnlaw@outlook.com
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2025, a copy of the foregoing Line for Change of Address was electronically filed and served upon:

Timothy Maloney
Matthew M. Bryant
Joseph, Greenwald & Laake, P.A.
Greenbelt Office
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
tmaloney@jgllaw.com
mbryant@jgllaw.com
Counsel for Plaintiff

Victor R. Ramirez
Law Office of Victor R. Ramirez, LLC
7309 Baltimore Avenue, Ste. 217
College Park, Maryland 20740
Victor@ramirezlaw.info
Counsel for Plaintiff

Shelley L. Johnson
Associate County Attorney
Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
sljohnson@co.pg.md.us
Counsel for Defendant Prince George's County

/s/Christopher R. Dunn
Christopher R. Dunn, #05278
Counsel for Defendant