IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| LESLIE YAJAIRA AREVALO JAIME | * |
| | * |
| Plaintiff, | *   **Civil No.: 8:22-cv-00200-PX** |
| | * |
| v. | * |
| | * |
| PRINCE GEORGE'S COUNTY, | * |
| MARYLAND, *et al.* | * |
| | * |
| Defendants. | * |

**DEFENDANT'S RYAN MACKLIN'S REQUEST TO BE EXCUSED FROM HEARING**

COMES NOW Defendant, Ryan Macklin, by and through his attorney, Christopher R. Dunn and The Law Office of Christopher R. Dunn and hereby request that the undersigned counsel be excused from the oral argument on Prince George's County Maryland's Motion for Summary Judgment, and for reasons therefore, states as follows:

1. On February 25, 2026, Defendant Prince George's County Maryland filed a Motion for Summary Judgment.

2. On March 20, 2026, Plaintiff filed an opposition to the County's Motion.

3. This Honorable Court has scheduled this matter for a hearing on said motion for June 25, 2026.

4. Defendant Ryan Macklin did not join in on the County's motion, nor did he file an opposition. Defendant Macklin takes no position on the County's motion.

5. That the undersigned counsel is scheduled to mediate the case of *Ramirez v The Quickrete Companies*, *LLC* pending in the Circuit Court for Frederick County, case number C-10-CV-25-000741 on June 25, 2026.

6.      That all parties consent to the undersigned counsel not appearing for the hearing.

Wherefore, the Defendant Ryan Macklin respectfully request that the instant motion be granted and that the undersigned counsel be excused from the oral hearing on Prince George's County's Motion for Summary Judgment.

Respectfully submitted,
The Law Office of Christopher R. Dunn


/s/Christopher R. Dunn
Christopher R. Dunn, #05278
2200 Defense Highway, suite 301
Crofton MD, 21114
(301) 323-8700
Cdunn@decarodoran.com
Counsel for Defendant Macklin

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2026, a copy of the foregoing Motion to be Excuse from Hearing on Co-Defendant's Motion for Summary Judgment was electronically filed and forwarded to:

Timothy Maloney, Esquire
Matthew M. Bryant, Esquire
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Counsel for Plaintiff

Victor Ramirez, Esquire
Law Office of Victor R. Ramirez, LLC
5309 Baltimore Avenue
Hyattsville, Maryland 20781
Counsel for Plaintiff

Saman Danai, Esquire
Associate County Attorney
Prince George's County Office of Law
Wayne K. Curry Administration Building

1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Counsel for Defendant Prince George's County


/s/Christopher R. Dunn
Christopher R. Dunn, #05278
Counsel for Defendant Macklin